**12**

■

STATE of Missouri, Respondent,

v.

Joseph E. POTTS, Appellant.

No. WD 52300.

Missouri Court of Appeals,
Western District.

March 25, 1997.

Judith LaRose, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, C.J., P.J., and HANNA and ELLIS, JJ.

### ORDER

PER CURIAM.

The defendant appeals from his conviction by a jury of driving while intoxicated, § 577.010, RSMo 1994, and sentence of five years imprisonment with the Missouri Department of Corrections as a persistent offender. Section 577.023, RSMo 1994. There being no precedential value in a published opinion, we affirm pursuant to Rule 30.25(b).

■

In re the Estate of Peggy ELLISTON, by Mary HON, Conservator and Guardian, Respondent,

v.

Charles L. ELLISTON and Eunice Elliston, Appellants.

No. WD 52647.

Missouri Court of Appeals,
Western District.

March 25, 1997.

J.D. Gorham, Richmond, for appellants.

Randall Thompson, Kansas City, for respondent.

Before ULRICH, C.J., P.J., and HANNA and SMART, JJ.

### ORDER

PER CURIAM.

The appellants appeal the trial court's denial of their post-trial motion filed pursuant to Rule 74.06. Affirmed. Rule 84.16(b).